IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MICHAEL VAUGHN,<br><br>       Debtor. | Chapter 13 Bankruptcy<br>Case No. 26-00558<br><br>**MOTION TO EXTEND TIME TO FILE<br>SCHEDULES AND OTHER DOCUMENTS** |

1.  The deadline for filing the schedules, plan, and other documents is June 24.

2.  Debtor needs certain information to be able to fully prepare these documents.

    Debtor has an appointment with his accountant this week. He expects to have this

    information available following this appointment.

3. Debtor requests that the deadline to file these documents be extended to July 8.

WHEREFORE, the Debtor moves the Court to extend the time in which to file the

documents.

By:     /s/   Gina L. Kramer
Gina L. Kramer - AT0010567
Kramer Law Office, PLLC
210 Jones St., Suite 201
Dubuque, IA 52001
T: (563) 581-4247
gina@gkramerlaw.com